# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>Amber Waterman<br>[DOB: 3-12-1980]<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 22-mj-2058-DPR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10-31-2022 to 11-2-2022__ in the county of __McDonald__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 (a)(1) | Kidnapping resulting in death (See Attachment A). |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigations Special Agent Stacy Moore (Attachment B).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Stacy Moore
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 11/3/22

_____
*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, Chief United States Magistrate Judge
*Printed name and title*