# ATTACHMENT B

## AFFIDAVIT OF FEDERAL BUREAU OF INVESTIGATION SPECIAL AGENT STACY LEE MOORE

I, Stacy Lee Moore, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ"), and I am currently assigned to the Joplin, Missouri, Resident Agency of the FBI's Kansas City, Missouri, Division. As such, I am a "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure.

2. As part of my duties with FBI, I investigate criminal violations of Title 18 of the United States Code, including violations of 18 U.S.C. § 1201, that is, kidnapping resulting in death.

3. The statements in this affidavit are based on personal observations, my training and experience, investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth the facts necessary to establish probable cause to believe that AMBER WATERMAN has violated Title 18, United States Code, § 1201(a)(1), that is, kidnapping resulting in death.

## STATUTORY AUTHORITY

4. 18 U.S.C. § 1201(a)(1) prohibits any person from unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, or carrying away and holding for ransom or reward or otherwise any person, or attempting to do so, except in the case of a minor by the parent thereof, which occurs when the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of

1

interstate or foreign commerce in committing or in furtherance of the commission of the offense.

**PROBABLE CAUSE**

5.  On October 31, 2022, at approximately 6:30 p.m., Ashley Bush was reported as a missing person to the Benton County, Arkansas, Sheriff's Office. At the time that Ms. Bush was reported as a missing person, she was approximately 31 weeks pregnant. Ms. Bush was last seen in the passenger seat of an older model, tan pickup truck on October 31, 2022, at 3:09 p.m. at the intersection of Highway 72 and Highway 43, in Maysville, Arkansas. The driver of the vehicle was described as a white female, in her 40's, with shoulder length brown hair. Ms. Bush's fiancé, Joshua Willis, was the witness who observed Ms. Bush as a passenger in the vehicle and reported to the Benton County Sheriff's Office that he recognized the driver of the vehicle as a female he knew as "Lucy."

6.  Mr. Willis informed Benton County Sheriff's Office investigators that on October 28, 2022, he and Ms. Bush met "Lucy" at the Gravette, Arkansas public library. At the time of this meeting, "Lucy" was driving the same pickup truck that he observed Ms. Bush traveling in on October 31, 2022. During this meeting, Ms. Bush and "Lucy" discussed employment opportunities for Ms. Bush at a company called Conduent. Later in the evening, "Lucy" messaged Ms. Bush and told her that she wanted Ms. Bush to meet her supervisor at Conduent, in Bentonville, Arkansas, on Monday, October 31, 2022, at 9:00 a.m. At approximately 11:00 p.m., on October 28, 2022, "Lucy" again messaged Ms. Bush and informed her that she would meet Ms. Bush at the Handi-Stop convenience store located in Maysville, Arkansas, on Monday, October 31, 2022, to take Ms. Bush to meet her supervisor at Conduent.

7.  On October 31, 2022, Mr. Willis drove Ms. Bush to the Handi-Stop convenience store where Ms. Bush met "Lucy." Mr. Willis observed that "Lucy" was driving the same pickup

truck that he had observed on October 28, 2022. At approximately 3:00 p.m., Mr. Willis received a text message from Ms. Bush stating that she was in Gravette, Arkansas, and that she was on her way to the Handi-Stop convenience store where she had arranged for Mr. Willis to pick her up. Mr. Willis reported to the Benton County Sheriff's Office that while he was awaiting Ms. Bush's arrival, he observed the same pickup truck drive past the Handi-Stop convenience store and turn on to Highway 43 and travel north. Mr. Willis was able to observe that Ms. Bush was the passenger in the vehicle and that "Lucy" was driving. Mr. Willis attempted to contact Ms. Bush by phone but reported that the calls were going to voicemail.

8. On November 1, 2022, Detectives with the Benton County Sheriff's Office met with Mr. Willis in Maysville, Arkansas. During this meeting, Mr. Willis informed the detectives that he had located Ms. Bush's cellular telephone on the side of Highway 43, in Maysville, Arkansas. Mr. Willis rode with the detectives to the location where the phone was discovered. The detectives recovered the phone and used the passcode provided by Mr. Willis to gain access to the phone. The phone was later transported to the Benton County, Arkansas Sheriff's Office for further review.

9. While reviewing the phone, detectives were able to locate a Facebook account for "Lucy." The account appeared to have been created on October 25, 2022, and the profile name was identified as "Lucy Barrows." Detectives located a public posting on the account that read "I have a bunch of baby items if any moms to be need them."

10. When Benton County Sheriff's Office Detective Simpson returned Mr. Willis to the Handi-Stop convenience store, he was approached by Rick Burrow. Burrow told Detective Simpson that on October 31, 2022, he and Sawyer McGee were traveling South on Highway 43 near Maysville, Arkansas. While driving, he and McGee observed a male throw a red and black

3

cellular telephone from the window of the vehicle as the vehicle traveled north on Highway 43. Detective Simpson made contact with McGee who confirmed the information provided by Burrow and added that the vehicle in question was a blue or light gray Chevrolet pickup.

11. Detective Alison Nguyen with the Benton County Sheriff's Office submitted an emergency request to Facebook, now Meta Platforms Inc., to request records associated with the Facebook profile of "Lucy Barrows." Facebook provided information to Detective Nguyen, indicating that the "Lucy Barrows" profile was created on October 25, 2022, at 00:22:45 UTC. The registration internet protocol (IP) address was identified as 2607:fb91:2f08:c891:c431:e452:f173:b495. Detective Nguyen was able to determine that this IP address was registered to T-Mobile. Detective Nguyen requested an emergency disclosure from T-Mobile and learned that this IP address was assigned to JAMIE WATERMAN, date of birth June 16, 1980, residing at 1848 Laughlin Ridge Road, Pineville, McDonald County, Western District of Missouri.

12. Detective Kyle Naish with the Benton County Sheriff's Office submitted an exigent request for Ms. Bush's cellular telephone provider, T-Mobile. The exigent request forms were for phone numbers (479) 212-8263 (Ms. Bush) and (479) 435-4561 (Mr. Willis). Detective Naish requested Call Detail Records with Cell Sites, and Time Difference of Arrival / Timing Advance for both devices. Detective Naish reviewed the T-Mobile results and manually reviewed Ms. Bush's cellular device. Detective Naish observed a timeline of events contained within the victim's Google Maps account. Detective Naish observed that the phone travelled from Gravette to Maysville, on October 31, 2022, at approximately 11:07 AM and leave the area of Maysville, at approximately 11:41 AM. Detective Naish observed the victim's phone showed to return to Maysville, Arkansas, at approximately 6:51 p.m.

13. Detective Nguyen requested records related to Ms. Bush's Gmail account. Detective Naish reviewed T-Mobile records and Google records and observed that the victim's phone left Maysville, Arkansas, and travelled to an area near Pineville, Missouri, at 1:09 p.m. Detective Naish observed that from 1:09 p.m. to 1:28 p.m., the victim's phone was in the area of Laughlin Ridge Road in Pineville, Missouri approximately .15 miles from the residence located at 1848 Laughlin Ridge Road, Pineville, Missouri. This is the residence of JAMIE and AMBER WATERMAN.

14. On November 1, 2022, after learning of the possible location of interest located at 1848 Laughlin Ridge Road in Pineville, Missouri, Benton County Sheriff's Office Detectives Simpson and Stuart coordinated with the McDonald County Sheriff's Office to travel to this location. After arriving at the location, Detective Simpson met with JAMIE and AMBER WATERMAN. Detective Simpson requested consent to conduct a search of the residence and outbuildings and was granted consent by both the WATERMANs. Detective Simpson also observed a tan colored Chevrolet pickup truck matching the description of the vehicle that Mr. Willis reported as being driven by "Lucy." Detective Simpson observed what he believed to be blood stains on the inside of the vehicle, specifically on the center console, steering wheel, and headliner.

15. Detective Simpson conducted an interview of AMBER WATERMAN while at the residence. AMBER WATERMAN informed Detective Simpson that on October 31, 2022, she had been at the residence on Laughlin Ridge Road all day with her son and her husband's cousin's daughter. Later in the afternoon, AMBER WATERMAN went into labor. AMBER WATERMAN had the female at the residence contact 911 and then drove to meet an ambulance at a store in McDonald County, Missouri. AMBER WATERMAN informed Detective Simpson that she had

5

delivered a stillborn child that evening. Detective Simpson requested access to AMBER WATERMAN's phone, but AMBER WATERMAN reported that she had lost it.

16. Detective Simpson then questioned AMBER WATERMAN about the tan colored Chevrolet pickup located at the residence. AMBER WATERMAN informed Detective Simpson that she was the only person with access to the vehicle and that she had the only keys to the vehicle. When asked about her knowledge of Ms. Bush, AMBER WATERMAN stated that she did not know Ms. Bush. Detective Simpson then asked AMBER WATERMAN about "Lucy Barrows." AMBER WATERMAN informed Detective Simpson that she knew "Lucy" and that she previously worked with "Lucy" at Walmart. AMBER WATERMAN stated that she and "Lucy" were not close and that she had last seen "Lucy" a few weeks before at a store.

17. Detective Simpson spoke with JAMIE WATERMAN. JAMIE WATERMAN informed Detective Simpson that on October 31, 2022, he went to work at 6:00 a.m., and came home for lunch at 12:00 p.m. When JAMIE WATERMAN arrived home for lunch, the tan colored truck was not at the residence, and no one appeared to be home. JAMIE WATERMAN returned to work in his blue GMC pickup. At approximately 4:30 p.m., JAMIE WATERMAN received a call from AMBER WATERMAN informing him that she was having a miscarriage. JAMIE WATERMAN returned home and drove AMBER WATERMAN and the two children to the store and met an ambulance. When asked if JAMIE WATERMAN had any knowledge of the missing female, Ms. Bush, JAMIE WATERMAN stated that he did not.

18. After interviewing JAMIE WATERMAN and AMBER WATERMAN and conducting a consent search of the property, Detective Simpson informed JAMIE WATERMAN and AMBER WATERMAN that the tan colored Chevrolet pickup truck was going to be seized due to the possible presence of blood inside the vehicle. The vehicle was transported to the Benton

County Sheriff's Office and held as evidence pending the issuance of a search warrant.

19. On November 3, 2022, a state search warrant, issued in McDonald County, Missouri, was served at the residence located at 1848 Laughlin Ridge Road, Pineville, Missouri. The search was conducted by members of the McDonald County Sheriff's Office, the Benton County Sheriff's Office, and the FBI. The FBI evidence response team members from the Kansas City and the Little Rock Divisions participated in the search.

20. While the search was being executed, FBI SA Brenan Despain, FBI Task Force Officer Kris Moffit, and Benton County Sheriff's Office Detective Patrick Stuart traveled to JAMIE WATERMAN's place of employment and conducted a non-custodial interview of JAMIE WATERMAN. During this interview, JAMIE WATERMAN advised that on the evening of October 31, 2022, he discovered that there was blood inside the tan colored Chevrolet pickup truck. JAMIE WATERMAN assumed that the blood came from his wife AMBER WATERMAN due to her pregnancy complications. When JAMIE WATERMAN questioned AMBER WATERMAN about the blood, AMBER WATERMAN did not acknowledge the source of the blood. JAMIE WATERMAN watched AMBER WATERMAN clean the blood from the pickup truck and thereafter, the rags used to clean the blood were burned in a burn barrel located in front of the residence by AMBER WATERMAN. JAMIE WATERMAN then collected trash from the residence and burned the trash in the same burn barrel.

21. JAMIE WATERMAN stated that when Benton County detectives arrived at his residence on November 2, 2022, he was aware that Ms. Bush had been reported as missing. JAMIE WATERMAN learned of this through social media coverage. After the detectives left the residence at approximately 5:00 a.m. on Wednesday, November 2, 2022, AMBER WATERMAN informed JAMIE WATERMAN that she had killed Ms. Bush and then quickly changed her story and said

7

that "Lucy" had killed Ms. Bush.

22. At approximately 6:30 a.m., AMBER WATERMAN led JAMIE WATERMAN to Ms. Bush's body. JAMIE WATERMAN stated that the body was clothed and was lying face-down next to a boat next to the house. The body was covered with a blue tarp. AMBER WATERMAN removed a ring from Ms. Bush's finger and rolled the body onto the blue tarp. JAMIE WATERMAN dragged the body on the tarp to a fire pit behind the residence and AMBER WATERMAN asked JAMIE WATERMAN to get gasoline. JAMIE WATERMAN brought a gallon of chainsaw bar chain oil to AMBER WATERMAN. AMBER WATERMAN proceeded to light the tarp and poured about 1/3 of the oil over the body. AMBER WATERMAN then began collecting wood to throw on the fire. JAMIE WATERMAN stated that he dragged a small sofa next to the fire and believes that AMBER WATERMAN put the sofa into the fire. After the fire burned for about one hour, AMBER WATERMAN doused the fire with water from a garden hose and JAMIE WATERMAN to remove the body from the burn pile.

23. When JAMIE WATERMAN attempted to move the body, the body was still very hot so JAMIE WATERMAN went to an shed located on the property and retrieved a new tarp. The tarp was placed next to the body and JAMIE WATERMAN rolled the body onto the tarp.

24. After placing the body on the tarp, the body was moved onto the bed of JAMIE WATERMAN's blue GMC pickup. JAMIE WATERMAN and AMBER WATERMAN drove the body an area and within a short distance from their residence. JAMIE WATERMAN stated that his blue GMC truck was having transmission problems and could not travel far. After arriving at the spot where the body was to be hidden, JAMIE WATERMAN and AMBER WATERMAN removed the body from the bed of the truck and placed it on the ground. AMBER WATERMAN then removed the tarp. JAMIE WATERMAN and AMBER WATERMAN drove back to their

residence where AMBER WATERMAN burned the tarp.

25. JAMIE WATERMAN was asked if he could show the interviewers where the body was taken to. JAMIE WATERMAN agreed and led agents and detectives to where he and AMBER WATERMAN had left the body. Upon arrival at this location, a charred human body was discovered.

26. During the search of the residence located at 1848 Laughlin Ridge Road, the FBI evidence response team members discovered a charred human hand and bone fragments located in a burn pile behind the residence.

## CONCLUSION

27. Based on the above facts, this affiant believes there is probable cause in support of a criminal complaint against AMBER WATERMAN for violation of 18 U.S.C. § 1201(a)(1), that is, kidnapping resulting in death.

*Stacy Moore*
Stacy Moore
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me in my presence via telephone this 3rd day of November, 2022.

*David P. Rush*
**DAVID P. RUSH**
Chief United States Magistrate Judge
Western District of Missouri